NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| BRUCE D. BERLINGER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. 2D17-4519 |
| | ) |
| ROBERTA SUE CASSELBERRY f/k/a | ) |
| SUE C. BERLINGER, | ) |
| | ) |
| Respondent. | ) |
| ————————————————— | ) |

Opinion filed April 4, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Joseph Foster,
Judge.

Kenneth M. Gordon of The Law Office
of Kenneth M. Gordon, North Palm Beach,
for Petitioner.

Robert A. Stok of Stok Folk + Kon,
Aventura, for Respondent.


PER CURIAM.


Denied.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.